USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/6/2020___

# THE SELTZER LAW GROUP P.C.

January 31, 2020

**VIA ECF**

Hon. Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application GRANTED. Plaintiff shall file the certificate of service upon defendant Khanna by February 20, 2020.

SO ORDERED.

Date: 2/6/2020

*/s/ LEWIS J. LIMAN*
United States District Judge

   Re:   *Tarr vs. ACTO Technologies, Inc., et al.*
         Case No.:19-CV-07703

Your Honor:

   We represent the plaintiff in this matter. Please accept this correspondence as plaintiff's update as to the status of international service of the summons and complaint. Service pursuant to the Hague Convention has been completed with respect to all defendants. Certificates of service for the corporate defendant and individual defendant Kapil Kalra have been electronically filed. We have been informed that Hague Convention service has likewise been performed on individual defendant Parth Khanna on January 10, 2020. We were informed that Ontario's Central Authority for the Hague Service Convention was mailing the certificate of service on January 28, 2020. Accordingly, plaintiff does not request an extension of time to perform service. Rather, plaintiff respectfully requests that the Court afford until February 20, 2020 to file the certificate of service upon defendant Khanna, in view of the inherent delays involved in receiving the certificate by international mail from a governmental institution.

   We thank the Court for its indulgence and consideration of this matter.

                              Respectfully submitted,

                              /s/

                              Steven Seltzer