NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY



*FIRM and AFFILIATE OFFICES*

EVE I. KLEIN
DIRECT DIAL: +1 212 692 1065
PERSONAL FAX: +1 212 202 7559
*E-MAIL:* EIKlein@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

*The Clerk of Court is respectfully directed to strike Dkt. No. 13 from the docket but retain the summary docket text for the record.*

February 25, 2020

SO ORDERED.

Date: 2/26/2020

LEWIS J. LIMAN
United States District Judge

Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Tarr v. ACTO Technologies, Inc. et al.
Case No. 19-cv-07703**

Dear Judge Liman,

We represent defendants ACTO Technologies, Inc., Parth Khanna, and Kapil Kalra. We write to request that the Court enter an order striking the February 19, 2020 Stipulation and Order (Document No. 13) from ECF. Due to a miscommunication, this stipulation was executed by an associate whose admission before this Court is scheduled to take place on April 14, 2020. We will be filing the corrected substitute stipulation for the Court's consideration and execution today. The contents of the February 19, 2020 Stipulation and the substitute stipulation are identical.

We apologize for the error and thank the Court for its time and consideration of this request.

Respectfully submitted,

Eve I. Klein

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086        PHONE: +1 212 692 1000   FAX: +1 212 692 1020