# Duane Morris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

EVE I. KLEIN
DIRECT DIAL: +1 212 692 1065
PERSONAL FAX: +1 212 202 7559
E-MAIL: EIKlein@duanemorris.com

www.duanemorris.com

July 27, 2020

**Application GRANTED. The Initial Pretrial Conference set for July 31, 2020 is ADJOURNED to August 5, 2020 at 2:30 p.m. It will proceed telephonically. The parties are directed to call (888) 251-2909 and use access code 2123101.**

**VIA ECF**

Hon. Lewis J. Liman
United States District Court
500 Pearl Street, Room 701
New York, NY 10007
LimanNYSDChambers@nysd.uscourts.gov

7/27/2020

*[signature]*
LEWIS J. LIMAN
United States District Judge

Re:   Tarr v. ACTO Technologies Inc., et al., No.: 1:19-cv-07703

Dear Judge Liman:

    We represent Defendants ACTO Technologies, Inc. ("ACTO"), Parth Khanna, and Kapil Kalra (collectively, "Defendants") in the above-referenced matter. We write to respectfully request an adjournment of the Initial Pretrial Conference.

    On July 20, 2020, the Court rescheduled the telephonic Initial Pretrial Conference from July 21, 2020 to July 31, 2020 at 2:00 p.m. Due to scheduling conflicts, Defendants are unable to attend the new July 31, 2020 Conference. Defendants respectfully request, if the Court's schedule permits, the Court adjourn the Conference for any of the following dates and times next week:

- After 11:30 a.m. on August 3, 2020
- Anytime on August 5, 2020
- Before 2:30 pm on August 6, 2020
- Before 11:30 am on August 7, 2020

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086         PHONE: +1 212 692 1000   FAX: +1 212 692 1020

DuaneMorris

Hon. Lewis J. Liman
July 27, 2020
Page 2

    This is Defendants' first request for an adjournment of the Initial Pretrial Conference. Defendants have conferred with Plaintiff and Plaintiff consents to the adjournment.

                                            Respectfully,

                                            Eve I. Klein