```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
SHERI TARR,                                                       :
                                                                  :
                                                                  :
                        Plaintiff,                                :
                                                                  :         19-cv-7703 (LJL)
         -v-                                                      :
                                                                  :            ORDER
                                                                  :
ACTO TECHNOLOGIES, INC., PARTH KHANNA,                            :
KAPIL KARLA and JEFFREY AINSWORTH,                                :
                                                                  :
                        Defendants.                               :
                                                                  X
-------------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

     The Court has been advised that the parties have resolved this matter and are preparing settlement documents.  Accordingly, it is hereby ORDERED that the parties shall submit to the Court a joint status update in thirty (30) days.

     SO ORDERED.

Dated: October 12, 2021  
       New York, New York

                                                           LEWIS J. LIMAN  
                                       United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 10/12/2021